UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES  　　　　　　　　　　　　　　Date: 12/01/2014
Court Reporter: PHYLLIS LEWIS  　　　　　　　　　　Civil No: 2:12-5311-JLL

Title of the Case:
PURDUE PHARMACEUTICAL PRODUCTS, L.P., *et al*
v.
ACTAVIS ELIZABETH, LLC, *et al*

Appearances:

Attorneys for Plaintiff(s):
Christopher N. Sipes, Michael N. Kennedy, Erica N. Anderson, Matthew Kudzin,
Steve Buckingham, Kaveh Saba, Gisselle Bourns, Bryant Lee and Michael Chajon,

Attorneys for Defendant, Novel
Jake Holdreith, Oren Langer, Miles Finn and Rebekah Conroy

Attorneys for Defendant, Actavis
James Richter, Charles Klein & Sam Park

Attorneys for Defendant(s), Dr. Reddy's Laboratories, Inc., *et al*
Steve Coyle, Jeffery B. Arnold, Nick Geiger

Nature of Proceedings: **(Bench Trial)**
Oral Argument held on motions [276] and [274] *in limine*. Court ORDERED as follows:
[276] Denied In Part & Denied In Part w/out prejudice; [274] Denied In Part & Denied In Part
w/o prejudice. OTBS
Trial commenced before the Hon. Jose L. Linares
Opening Statements:   Christopher N. Sipes on behalf of Plaintiff
　　　　　　　　　　　Jake Holdreith on behalf of Defendant, Novel
　　　　　　　　　　　Steve Coyle on behalf of Defendant(s), Dr. Reddy's *et al*
　　　　　　　　　　　Charles Klein on behalf of Actavis
Lunch Recess (12:50 p.m. - 1:50 p.m.)
Witness, Meir Kryger, MD sworn on behalf of Plaintiff
Trial adjourned at 5:00 p.m. until 12/02/14 @ 9:30 a.m.

Time Commenced: 9:25 a.m.
Time Concluded:  5:00 p.m.

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Honorable Jose L. Linares, U.S.D.J.