UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JOSE L. LINARES					Date: 12/05/2014
Court Reporter: PHYLLIS LEWIS				Civil No: 2:12-5311-JLL

Title of the Case:
PURDUE PHARMACEUTICAL PRODUCTS, L.P.,  *et al*
v.
ACTAVIS ELIZABETH, LLC,  *et al*

Appearances:

Attorneys for Plaintiff(s):
Christopher N. Sipes, Michael N. Kennedy, Erica N. Anderson, Matthew Kudzin,
Steve Buckingham, Kaveh Saba, Gisselle Bourns, Bryant Lee, Adam Lavinthal
and Michael Chajon

Attorneys for Defendant, Novel
Jake Holdreith, Oren Langer, Miles Finn and Rebekah Conroy

Attorneys for Defendant, Actavis
James Richter, Charles Klein & Sam Park

Attorneys for Defendant(s), Dr. Reddy's Laboratories, Inc., *et al*
Steve Coyle, Jeffery B. Arnold, Nick Geiger

Nature of Proceedings: **(Bench Trial)**
Trial continued before the Hon. Jose L. Linares
Witness, Jason T. McConville resumes *(deposition used)*
Videotape Deposition of Nikhilesh Singh Ph.D., on behalf of Defendant
Trial adjourned at 12:00 p.m.  until 12/08/14 @ 9:30 a.m.

Time Commenced: 9:30 a.m.
Time Concluded:    12:00 p.m.

					Lissette Rodriguez, Courtroom Deputy
					to the Honorable Jose L. Linares, U.S.D.J.